IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD D. MYERS, | |
| Plaintiff, | 8:13CV353 |
| vs. | |
| JEANNE MALONE, | **ORDER** |
| Defendant. | |

IT IS ORDERED:

1) The motion to permit David A. Domina and Domina Law Group to withdraw as counsel on behalf of Jeanne Malone, (filing no. 21), is granted.

2) The clerk shall mail a copy of this order to Jeanne Malone at 9825 Westchester Drive, Omaha, Nebraska 68114.

May 1, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge