IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD D. MYERS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JEANNE MALONE,<br><br>　　　　　　Defendant. | 8:13CV353<br><br>MEMORANDUM AND ORDER |

This matter is before the court on Plaintiff's Motion for Examination of Judgment Debtor, (Filing No. 20) and Application for Writ of Execution, (Filing No. 27). Defendant/Debtor Jeanne Malone has not responded to either motion and the time in which to do so has now passed.

Accordingly,

IT IS ORDERED,

1) Plaintiff's Motion for Examination of Judgment Debtor, (Filing No. 20), is granted. The Debtor's Exam shall take place on June 8, 2015 at 9:30 a.m. in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska 68102.

2) Plaintiff's Application for Writ of Execution, (Filing No. 27), is granted. The Office of the Clerk is directed to issue the Writ of Execution.

3) Plaintiff shall serve a copy of this order on Jeanne Malone.

Dated this 13th day of May, 2015

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　United States Magistrate Judge