IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD D. MYERS, TRUSTEE, | ) ) | 8:13cv353 |
| Plaintiff, | ) ) | |
| | ) | AMENDED ORDER |
| v. | ) ) | |
| JEANNE MALONE, | ) ) | |
| Defendant. | ) ) | |

THIS MATTER came on for hearing on Plaintiff's Motion for Amended Charging Order ("Motion"). The Court has reviewed the Motion and finds that it should be granted. Accordingly,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Memorandum and Order which was filed in this case on May 8, 2015 at Filing No. 30 is hereby amended as follows as follows:

1. Plaintiff's Application for Charging Order, (Filing No. 17), is granted in part and denied in part;

2. The transferable interests of the Judgment Debtor in the below itemized entities are charged with payment of the unsatisfied amount of the Judgment, and that to the extent that the Judgment Debtor is hereafter entitled to any distribution from any of the below listed limited entities, the entity that is making the distribution is ordered to pay the Judgment Debtor's share of the distribution to Plaintiff. The listing of the entities subject to this Charging Order is as follows (the "Entities"):

    A.    Via Christe, L.L.C., a Nebraska limited liability company

    B.    A.G. Ventures, L.L.C., a Nebraska limited liability company

    C.    Maple Office Partners, L.L.C., a Nebraska limited liability company.

3. This Charging Order shall serve as a lien on the transferrable interests of the Judgment Debtor in the above listed Entities up to the unsatisfied amount of the Judgment;

4. Judgment Debtor is required to produce and provide to Plaintiff, within fourteen (14) days after entry of this Order, (1) a copy of any and all agreements controlling the interest of Judgment Debtor and other owners/members/partners (whether general or limited) in each of the Entities; (2) any and all documents required to identify the owners/members/partners (whether general or limited) of each of the Entities from date of initial entity organization through current date, including specification of the date for any change in the same; and (3) evidence showing the interest of the Judgment Debtor in the income of each of the Entities, such evidence to include but not be limited to a copy of each such Entities' most recently filed federal and state tax return and Judgment Debtor's most recently received Schedule K-1 for each of the Entities; and

5. Plaintiff is directed to serve this Charging Order upon each of the Entities by mailing a copy of the same via regular United States mail, postage prepaid, to the registered agent, general partner, manager, any member or any limited partner of the same utilizing such address as the Plaintiff may be able to determine from its records or from public records, but notwithstanding this direction, the Charging Order is effective and each of the Entities is bound by its terms from and after the date of this Charging Order.

May 21, 2015.                                           BY THE COURT:

                                                        *Cheryl R. Zwart*
                                                        Cheryl R. Zwart
                                                        United States Magistrate Judge